JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENAR ALKATIB, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; OREMOR EUROPEAN, LLC, a California limited liability company, dba MERCEDES-BENZ OF EL CAJON; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-06075-FMO (Ex)<br><br>**ORDER ON STIPULATION [12] TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. Fernando M. Olguin |

　　　Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated:  September 5, 2023　　　　　_____/s/_____

　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　Central District of California

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**